No. 287. WERNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States.

No. 288. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *J. H. Doughty* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 290. GRABLE ET UX., TRUSTEES, ET AL. v. BURNS ET AL. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 291. CANNON v. NORTH CAROLINA STATE HIGHWAY AND PUBLIC WORKS COMMISSION. Supreme Court of North Carolina. Certiorari denied. *W. P. Burkhimer* and *H. Edmund Rodgers* for petitioner. *R. Brookes Peters* for respondent.

No. 293. FITZGERALD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Milton H. Friedman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.

No. 296. TILLMAN ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Donald C. Walker* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 298. ISBRANDTSEN Co., INC., ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arthur O.*